UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 1:25-MJ-00841 |
| DAVID H. ODOM | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 9]. No objections have been filed. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, the Court has reviewed the Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 9] as the order of the Court. For the reasons stated in the

Magistrate Judge's Report and Recommendation, Defendant's Motion for Return of Property [Doc. 7] is **DENIED**.  The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 9th day of October, 2025.

_____
J. P. BOULEE
United States District Judge